**Order entered November 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER

Before the Court is appellant's November 24, 2015 motion to extend time to allow amended or supplemental brief be filed. In the motion, appellant states she has requested a supplemental clerk's record which "is supportive to the main claims of abuse of discretion" and asks to be given twenty-five days from the filing of that record to file the brief. We **GRANT** the motion and **ORDER** Collin County District Clerk Andrea Stroh Thompson to file the supplemental clerk's record no later than December 7, 2015. We further **ORDER** appellant to file the amended brief no later than January 4, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Thompson and all parties.

/s/      CRAIG STODDART
JUSTICE